# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 6, 2020

Lyle W. Cayce
Clerk

No. 20-50706
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Eduardo Ruiz-Garcia,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:20-CR-358-1

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

Per Curiam:*

Carlos Eduardo Ruiz-Garcia appeals the district court's order of pretrial detention. Because he has pleaded guilty and the district court has accepted his plea, his appeal is moot. *See United States v. Ramirez*, 145 F.3d 345, 356 (5th Cir. 1998); *United States v. O'Saughnessy*, 772 F.2d 112, 113 (5th

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-50706

Cir. 1985).  We lack the power to decide moot questions, that is, "when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant."  *Calderon v. Moore*, 518 U.S. 149, 150 (1996) (internal quotation marks and citation omitted).

Accordingly, Ruiz-Garcia's appeal is DISMISSED as moot.